UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD THOMAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Respondent. | No.  2:16-cv-1199 CKD P<br><br><br>ORDER &<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　By an order filed June 28, 2016, petitioner was ordered to either file an in forma pauperis affidavit or pay the appropriate filing fee within thirty days, or this action would be dismissed. The thirty day period has now expired, and petitioner has neither filed an in forma pauperis affidavit nor paid the appropriate filing fee.

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall assign a district judge to this action.

　　　　IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned

1

1   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
2   objections shall be filed and served within fourteen days after service of the objections.  The
3   parties are advised that failure to file objections within the specified time may waive the right to
4   appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 10, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / thom1199.fpf.hab